MR. JASON T. PEGUES #728196
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, TEXAS 77348

*LEGAL MAIL*

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 2 8 2015

CHRISTOPHER A. PRINE
CLERK

CLERK OF THE COURT: *Christopher A. Prine*
COURT OF APPEALS, FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066

MAIL RECEIVED

770022066699

01-15-00535-CR
CAUSE NO.94-DCR-026185

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

AUG 28 2015

CHRISTOPHER A. PRINE

| | | |
|---|---|---|
| JASON T. PEGUES #728196 PETITIONER | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| vs. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| | § | |
| THE STATE OF TEXAS RESPONDENT | § | 240th JUDICIAL DISTRICT |

## PETITIONER'S OBJECTION
## UNDER TEXAS RULES OF APP.PROC.33.1

To The Honorable said Court:

Comes now, Jason T. Pegues #728196, petitioner, Pro-se, in the above cause of action respectfully submit this Petitioner's Objection under the Texas Rules of App.Proc.33.1 in reference to the petitioner's Motion For Forensic DNA Testing. The petitioner would like to show this Honorable Court the following:

## PROCEDURAL HISTORY

Petitioner filed a Motion For Forensic DNA Testing with attachments around March 24,2015, and was received by the Fort Bend District Attorney's Office approx. April 3,2015. On June 8,2015 the State was granted a Motion For Extension of time, deadline date extended to the requested date by the State, June 29,2015. On June 26,2015, the Honorable Thomas R. Culver,III presiding Judge, 240th District Court in Fort Bend County, Texas granted a second Motion presented by the State to enter orders to various parties for the location of the evidence in this case 26185 so that the state may respond to the petitioner's Motion For Forensic DNA Testing.

-1-

## PETITIONER'S OBJECTION

On June 26,2015, The Honorable Judge Thomas R. Culver,III granted the State's Motion to enter orders so that the State may respond to the Petitioner's Motion For Forensic DNA Testing and for this court to make a findings required by Tex.Code Crim.Proc.art.64. The order to submit the affidavit were to be filed within 30 to 45 days in which all parties ordered by this Honorable Court to submit affidavits were filed with the exception of one party [Former Assistant District Attorney, James Sidney Crowley]. The Petitioner is objecting due to the Former Assistant District Attorney,James Sidney Crowley being in contempt of court in failing to comply with a court order signed by an Honorable Judge, which was to file an original and three copies of his affidavit within 30 days of the order which was signed and issued by the Honorable Judge on June 26,2015, "Addressing his recollection, if any, regarding their receipt, delivery, handling, chain of custody, maintenance, storage and condition of the evidence in this case, including the blood and hair from the complainant and the defendant in this case, along with any records supporting the same". Former Assistant District Attorney, James Sidney Crowley has failed to comply with an official court order. The Petitioner has been patient as now it has been two months over the day the order was issued to Mr.Crowley and he has still not submitted his affidavit, making this objection legit and reasonable.

## REQUEST FOR RELIEF

The Petitioner request respectfully that he be granted to a new punishment hearing, requesting time-served although initially Petitoner requested his sentence and charge be vacated. Based on the facts in this proceeding, the Penal Laws were violated in tampering supported by

-2-

the State not being able to present the evidence in this case 26185, along with the affidavits that were submitted stating having no knowledge of the location of evidence in this case entitles the Petitioner to relief. Former Assistant District Attorney, James Sidney Crowley has failed to comply with a court order and by him doing so, raises questions about how legit constitutionally was the Petitioner's conviction, which brings reasonable probability to the Petitioner's claims and issues presented in his Motion For Forensic DNA Testing.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner, Jason T. Pegues #728196, respectfully prays that this Honorable Court take into consideration all of the facts in this objection and grant the Petitioner the relief requested based on the violations and errors as well as parties not complying with a court order, being in contempt, that is all clear pertaining to not only this particular proceeding but that is clear pertaining to this case 26185.

Executed on this 27th day of August, 2015.

Respectfully Submitted,

Jason T. Pegues #728196
Petitioner:

## CERTIFICATE OF SERVICE

I, Jason T. Pegues #728196, hereby certify that a true and correct copy of the Petitioner's Objection has been mailed via U.S. Postal Service to the District CLerk, Annie Rebecca Elliott, The 240th Judicial District Court in Fort Bend County, Texas for filing and presentation to said court. Also, a copy of this objection has been forwarded to the 1st Court of Appeals to be presented to the Court in reference to No. 01-15-00535-CR (First District of Texas Court of Appeals at HOUSTON).

Executed and Signed on this 27th day of August, 2015.

Jason T. Pegues #728196

-3-

# INMATES DECLARATION

I, Jason T. Pegues #728196, presently incarcerated in Walker County, Texas hereby declare under the penalty of perjury that the aforementioned in this objection is true and correct.

Signed on this 27th day of August, 2015.

Jason T. Pegues #728196
815 12th STREET
Huntsville, Texas 77348

cc/file:

-4-

MR. JASON T. PEGUES #728196
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, TEXAS
77348

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 28 2015

CHRISTOPHER A. PRINE

CLERK _____

AUGUST 27,2015

TO: CLERK OF THE COURT
    COURT OF APPEALS, FIRST DISTRICT
    301 FANNIN STREET
    HOUSTON, TEXAS 77002-2066

Re: FILING A COPY OF AN OBJECTION FILED IN THE TRIAL COURT  IN
    REFERENCE TO APPELLATE CASE NUMBER: 01-15-00535-CR

DEAR CLERK OF THE COURT:

ENCLOSED IS A COPY OF AN OBJECTION FILED IN THE TRIAL COURT BUT THAT IS IN REFERENCE TO APPELLATE CASE NUMBER: 01-15-00535-CR. IF YOU WILL PLEASE FILE THE ENCLOSED DOCUMENTS SO THAT THEY MAY PRESENTED TO THE COURT TO BE TAKEN INTO CONSIDERATION UPON RULING WHETHER TO ISSUE RELATOR'S WRIT OF MANDAMUS, I WOULD GREATLY APPRECIATE IT.
THANK YOU FOR YOUR TIME AND ASSISTANCE.

RESPECTFULLY,

JASON T. PEGUES #728196
RELATOR:

cc/file:

1 of 1

MR. JASON T. PEGUES #728196
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, TEXAS 77348

*LEGAL MAIL*

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 28 2015

CHRISTOPHER A. PRINE
CLERK

CLERK OF THE COURT: *Christopher A. Prine*
COURT OF APPEALS, FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066

MAIL RECEIVED

770022C6699